MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac vice*)
tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, Suite 700
Washington, DC 20036
Telephone: (202) 355-7900
Facsimile: (202) 355-7899

Attorneys for Plaintiff Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>SUGA PTE, LTD., a company incorporated under the laws of Singapore; IMBA TECHNOLOGY COMPANY LIMITED, a division of SUGA PTE, LTD., a company incorporated under the laws of Singapore; IMBA NETWORK LLC, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>       Defendants. | CASE NO. 2:22-cv-00429- PA (KS*x*)<br><br>[Assigned to Judge Percy Anderson]<br><br>**RESPONSE OF RIOT GAMES, INC. TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**<br><br><br>Complaint Filed: January 20, 2022 |

Plaintiff Riot Games, Inc. ("Riot") hereby responds to the Court's Order to Show Cause re Dismissal for Lack of Prosecution (ECF No. 23) dated May 3, 2022.

On January 20, 2022, Riot filed its Complaint against Defendants Suga PTE, Inc. ("Suga"), IMBA Technology Company Limited ("ITL"), and IMBA Network LLC ("INLLC") (collectively, the "IMBA Defendants.") *See* ECF No. 1. Suga and ITL both are located outside the United States. Complaint, ¶ 7. Soon after filing the Complaint, counsel for the IMBA Defendants agreed to execute waivers of service of summons on behalf of all of the IMBA Defendants. The IMBA Defendants executed waivers of service of summons as of February 17, 2022.

On February 22, 2022, Riot filed the executed waivers of service of summons. ECF Nos. 20, 21 and 22. Because Suga and ITL are located outside the United States, their response to Riot's Complaint is due to be filed within 90 days of February 15, 2022 – i.e., **May 16, 2022**. *See* FRCP 12(a)(1)(A)(ii) ("the time for serving a responsive pleading is … if [defendant] has timely waived service under Rule 4(d), … within 90 days after it was sent to the defendant outside any judicial district of the United States."). The parties have agreed that to avoid any dispute concerning response deadlines, all of the IMBA Defendants may respond to the Complaint on the same day. Thus, the time has not yet run for the IMBA Defendants to respond to the Complaint.

The IMBA Defendants are represented by John Tran of the law firm Rhema Law Group, P.C. Counsel for the IMBA Defendants have been in contact with Riot's counsel and Riot expects to receive responses from the IMBA Defendants to the Complaint on or before May 16, 2022.

Mitchell Silberberg & Knupp LLP

2

1    For the foregoing reasons, Riot requests that the order to show cause be
2 discharged or, alternatively, that it be continued for forty-five days.

4  DATED: MAY 9, 2022         MARC E. MAYER
                              THERESA B. BOWMAN
                              MITCHELL SILBERBERG & KNUPP LLP

7                             By: */s/ Marc E. Mayer*
                                  Marc E. Mayer (SBN 190969)
8                                 Theresa B. Bowman (*pro hac pending*)
                                  Attorneys for Riot Games, Inc.

Mitchell
Silberberg &
Knupp LLP

3