1  MARC E. MAYER (SBN 190969)
     mem@msk.com
2  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
3  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
4  Facsimile: (310) 312-3100

5  THERESA B. BOWMAN (*pro hac vice*)
     tbb@msk.com
6  MITCHELL SILBERBERG & KNUPP LLP
   1818 N STREET NW, SUITE 700
7  WASHINGTON, DC 20036
   Telephone: (202) 355-7900
8  Facsimile: (202) 355-7899

9  Attorneys for Riot Games, Inc.

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

13  RIOT GAMES, INC., a Delaware          CASE NO. 2:22-cv-00429-SPG (KS*x*)
    corporation,
14                                        [Assigned to Judge Sherilyn Peace
              Plaintiff,                  Garnett]
15
         v.                              **FIRST AMENDED COMPLAINT
16                                       FOR COPYRIGHT
    SUGA PTE, LTD., a company            INFRINGEMENT**
17  incorporated under the laws of
    Singapore; SUGA CO., LTD., a         **Demand For Jury Trial**
18  company incorporated under the laws of
    Vietnam; IMBA TECHNOLOGY
19  COMPANY LIMITED, a company
    incorporated under the laws of Vietnam;
20  and IMBA NETWORK LLC, a
    Delaware limited liability company;
21  DOES 1-10, inclusive,

22              Defendants.

23

24  **REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

25

26

27

28

## **INTRODUCTION**

1.     Los Angeles-based Riot Games, Inc. ("Riot") is among the world's leading video game companies and the owner of the game titled "League of Legends" and its several spin-off titles (collectively, "LoL").  LoL titles include "Teamfight Tactics" (available in both the LoL PC game client or as a standalone mobile app) and "League of Legends: Wild Rift," (a standalone mobile app).  All LoL titles feature characters (or "champions") from LoL.  LoL is among the most popular games in the world, played by more than 100 million people each month.  LoL also is a hugely popular spectator "esport," with live and online events that attract enormous numbers of fans.  LoL's iconic and colorful "champions" are recognized throughout the world, and have been featured in television programs (such as Netflix's "Arcane"), consumer products, clothing, action figures, comic books, and a variety of other goods.

2.     Unfortunately, because LoL and its champions are so popular, developers of low-budget mobile games have sought to leverage that popularity and goodwill by featuring knock-off versions of LoL champions in their own games.  Defendants Suga Pte, Ltd. ("Suga Pte"), Imba Technology Company, Limited ("Imba Tech"), Suga Co., Ltd. ("Suga Co." or "Suga Vietnam"), and Imba Network, LLC ("Imba Network") (collectively, the "Suga Companies") are among the latest companies to do so.  The Suga Companies are a small constellation of alter ego and/or shell entities, used by their owners to move and share profits, assets and resources of the combined businesses internationally with greater ease while regularly disregarding any formal corporate separation among them.  The Suga Companies market and hold themselves out to clients and business partners as a single, multi-national company entitled "the Suga Group," but in reality, the Suga Group is the unincorporated online persona of the combined alter ego Suga Companies.

3.      In 2020, the Suga Companies released via the Google Play and Apple App Stores their own LoL knock-off, titled "I Am Hero: AFK Tactical Teamfight" ("I Am Hero" or the "Infringing Game").  Before and after the release of the game, the Suga Companies used each other's corporate identities, assets, and resources interchangeably to develop, publish, market and sell the Infringing Game in and to the United States – all without dealing at arm's length with each other by way of any loan, funding or services agreements.  Imba Tech worked on the design and maintenance of the Infringing Game using the funding, developer accounts and website domains of Suga Pte and/or Suga Vietnam. ███████████████████████████████████████████████████████████████████████████████████ but in practice, Imba Tech and Suga Pte interchangeably acted, and have held themselves out, as the owners and/or developers of the Infringing Game.  There is no licensing agreement (or, for that matter, any formal agreement) among the Defendants with respect to the ownership and exploitation of the Infringing Game.

4.      When the Infringing Game was ready to be published, the Suga Companies again entangled themselves as alter egos to carry out the U.S.-centered publication of the game.  Then-CEO of Imba Tech, Tuan Minh Do (sometimes also referred to as Do Tuan Minh or Minh Do Tuan), used ███████████████████ ██████████████████████████████ a U.S. video game publisher, N3twork Inc. (hereinafter, "Network" and the "N3twork Contract").  Imba Tech was unable and/or unwilling to enter into the contract in its own name. ████████████████ ████████████████████████████████████████████████████ Thereafter, Imba Tech and/or Suga Vietnam ██████████████████████████████████████████████, but did not enter into any contract assignment or formal delegation of Suga Pte's contractual duties.

5.    Meanwhile, the Suga Companies created Imba Network as a single-purpose U.S. entity to sell the Infringing Game specifically to and from the United States.  Suga Pte formed and wholly owned Imba Network on paper, but the LLC was managed by Imba Tech.  Any assets of Imba Network were disbursed to Suga Pte, Suga Vietnam and/or Imba Tech, again without any services, licensing, loan or funding agreements regarding the Infringing Game.

6.    From the outset, the Infringing Game was purposefully designed as a LoL knock-off.  The title itself is an obvious reference to Riot's "Teamfight Tactics," features a roster of "heroes" that the Suga Companies deliberately designed to be substantially and confusingly similar to LoL's champions.  Specifically, many (if not all) of the "heroes" featured in the Infringing Game are characters that bear significant similarities to LoL champions, including in their character designs, names, abilities, and background stories (*i.e.,* "lore").  Indeed, in many instances, the Suga Companies lifted whole paragraphs of textual material **verbatim** from LoL, such as the "story" of "Qqtrox" (a character from the Infringing Game), which was copied directly from the LoL character "Aatrox," as illustrated below.  LoL is on the left, and the Infringing Game is on the right:



7.    The Suga Companies were not only well aware that the game infringes Riot's copyrights; that plainly was the intent.  The company name of Imba Tech, whose employees primarily developed the Infringing Game ███████ and using the funding and resources of the other Suga Companies, is

4

a nod to LoL jargon.  Imba Tech employees are avid LoL players and the company even sponsors its own LoL tournaments.  Moreover, in response to player comments noting the similarities between LoL and the Infringing Game, the "Imba" developer account responded and stated merely "So what[.]"  This response is not surprising.  Since the success of the Infringing Game is dependent upon members of the public discovering (and then downloading and playing) the Infringing Game among the thousands of other mobile titles, Imba Tech (with the support of the other Suga Companies) obviously hopes that its use of popular and familiar characters will help the Infringing Game stand out or make it immediately appealing to LoL players and fans.

8.     The Suga Companies not only must cease their infringement, but also must account to Riot for the unjust profits it received from its use of Riot's intellectual property.  Accordingly, Riot requests that this Court order that the Infringing Game be removed from sale and award to Riot both monetary and injunctive relief.

## **THE PARTIES**

9.     Riot is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in Los Angeles, California.  Riot is in the business of producing, developing, publishing, distributing, and marketing a catalog of high quality video game products, including the immensely popular game titled "League of Legends."

10.     Defendants Suga Pte, Suga Vietnam, Imba Tech and Imba LLC, (together, the "Suga Companies") are an intertwined group of alter ego and/or shell entities, used by their owners to move and share profits, assets and resources of the combined businesses internationally with greater ease while regularly disregarding any formal corporate separation among them.  The Suga Companies market and hold themselves out to the public, including to clients and business partners, as a

Mitchell
Silberberg &
Knupp LLP

5

single, multi-national company entitled "the Suga Group." The Suga Group purports to have a headquarters, branch offices, internal business divisions, its own registered trademarks, 165 employees, and multiple clients and offices around the globe. In reality, the Suga Group is the unincorporated online persona of the combined alter ego Suga Companies. None of the individual Suga Companies followed or respected any type of formal corporate separation with regard to the Infringing Game, including its creation, publishing, sale, marketing, or the accounting of expenses or profits therefrom.

11.    Defendant Suga Pte is a company incorporated under the laws of Singapore. Suga Pte files public financial statements in Singapore, in which it lists U.S. Dollars as its "functional currency," that is, the primary currency in which a company conducts its business. Suga Pte is majority-owned by Duy Ngoc Truong, who also is the CEO and sole employer, officer and manager of the company. Suga Pte purports to be the Singapore Headquarters of the Suga Group. In reality, it is a shell company and alter ego of Truong, without any office space or employees apart from its owner. Truong uses Suga Pte as a corporate vehicle to transfer funding and support to Suga Vietnam and Imba Tech, headed by his long-time friend and business partner, Tuan Minh Do.

12.    Defendant Suga Vietnam, also known as "Suga Vietnam," is a company incorporated under the laws of Vietnam. Like Suga Pte, Suga Vietnam also is owned and controlled by Truong. Suga Vietnam purports to be the Vietnam Branch of the "Suga Group." In reality, it is also an alter ego of Truong, used by Truong to fund and support Imba Tech (described below). Riot is informed and believes, and therefore alleges, that Suga Vietnam also is a shell company. ████████████████████████████████████████ ████████████████████████████ Suga Vietnam also is ████████████████████████████████████

Mitchell
Silberberg &
Knupp LLP

13.     Defendant Imba Tech, also known as "Imba Games," is a mobile game development studio with its principal place of business in Ho Chi Min City, Vietnam, but with offices and/or employees in San Francisco, California and Dover, Delaware.  Imba Tech was formed as a collaboration between Truong and Minh Do, initially called Suga Studio.  In 2015, Minh Do became the head and CEO of Imba Tech.  However, Truong and Minh Do continued to operate Imba Tech together as part of the "Suga Group" and they rely upon the use of the names, assets and resources of the other Suga Companies in order to operate Imba Tech. Imba Tech publically describes itself as a "division" of Suga Co., Ltd (Suga Vietnam), while Imba Tech's Ho Chi Min City office is also an office of, and operated by, Suga Vietnam.  Imba Tech lists Suga phone numbers and emails as contact information with Vietnam's Yellow Pages.

14.     Suga Pte, Suga Vietnam, and Imba Tech used each other's corporate identities, assets, and resources interchangeably to develop the Infringing Game, both before and after its release.  Imba Tech worked on the design of the game with funding from Suga Pte and Suga Vietnam, all without any sort of formal loan or financing agreement.  Imba Tech did not use its own corporate identity with regard to the transactions or agreements necessary to create the Infringing Game, but rather used developer accounts, website and email domains belonging to Suga Pte and/or Suga Vietnam.

15.     The resources, assets and corporate identities of the Suga Companies were also shared and used interchangeably in order to publish and market the Infringing Game in and to the United States.  Suga Vietnam, without entering into any licensing or ownership agreement with either Imba Tech or Suga Pte.,

16.     Imba Network is a limited liability company registered, formed and currently existing in good standing under the laws of Delaware.  Riot is informed

1   and believes, and on that basis alleges, that ████████████████████

2   ████████████████████████████████ and did so on December 18, 2020.

3   The sole purpose of the LLC was to nominally serve as the listed "seller" of the

4   Infringing Game with the Apple App Store and other distribution platforms.  Imba

5   Network was created ███████████████████████████████████████████

6   ████████████████████████████████████████ and in an effort to

7   shield Suga Pte, Suga Vietnam, and/or Imba Tech from liability associated with the

8   distribution of the Infringing Game.  Riot is informed and believes, and on that

9   basis alleges, that Imba Network has not engaged in any other business.

10          17.    Suga Pte is the sole member and owner of Imba Network and, upon

11   the LLC's incorporation, appointed Minh Do and Anh Le, the CEO and "Head of

12   Product & Marketing Manager" of Imba Tech respectively, to also serve as the

13   sole managers and directors of the LLC.  While the LLC's articles of incorporation

14   prohibit the use of the entity's assets to compensate managers, all Imba Network

15   assets nevertheless were transferred by Suga Pte to Imba Tech and/or Suga

16   Vietnam.

17          18.    Riot is informed and believes, and on that basis alleges that the

18   business address of Imba Network is 3500 S. Dupont Hwy., Dover, DE, 19901, but

19   that Imba Network sometimes lists their business address with a typo, *i.e.*, 3000 S.

20   Dupont Hwy and that Imba Network does not actually operate or maintain a

21   working office at either of these addresses.

22          19.    The true names and capacities, whether individual, corporate,

23   associate, or otherwise, of the defendants sued herein as Does 1-10 inclusive, are

24   unknown to Riot, which has therefore sued said defendants by such fictitious

25   names.  These defendants may include individuals whose real identities are not yet

26   known to Riot, but who are acting in concert with one another, often in the guise of

27   Internet aliases, in committing the unlawful acts alleged herein.  Riot will seek

28   leave to amend this complaint to state their true names and capacities once said

Mitchell
Silberberg &
Knupp LLP

8

defendants' identities and capacities are ascertained.  Riot is informed and believes, and on that basis alleges, that all defendants sued herein are liable to Riot as a result of their participation in all or some of the acts set forth in this complaint.  (All of the aforementioned defendants collectively are referred to herein as "Defendants" and/or the "Suga Companies").

20.     Riot is informed and believes, and on that basis alleges, that at all times mentioned in this complaint, each of the Defendants was the agent of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

## **JURISDICTION AND VENUE**

21.     This is a civil action seeking damages, injunctive relief, and other equitable relief under the Copyright Act, 17 U.S.C. § 101 *et seq.*

22.     This Court has subject matter jurisdiction over Riot's claim for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Additionally, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000, and the action is between a California citizen and citizens of a foreign jurisdiction.

23.     This Court has personal jurisdiction over Defendants because they have purposefully directed their activities at the United States, and at California in particular and have purposefully availed themselves of the benefits of doing business in California.  Riot is informed and believes, and on that basis alleges, that, without limitation:

(a)     Defendants distribute the Infringing Game in the United States and the State of California through the Google Play and Apple App Store, both operated from the State of California.  Riot is informed and believes, and on that basis alleges, that Defendants necessarily uploaded the Infringing Game to servers located in the United States, and specifically requested that the Google Play and

Apple App Stores distribute the Infringing Game worldwide, including in the United States;

(b)     Defendants conduct extensive and ongoing business with customers in the United States and the State of California, including through in-game purchases made by customers in the United States and the State of California. Defendants promote and advertise those in-game purchases on the Google Play and Apple App Store in U.S. Dollars. Riot is informed and believes, and on that basis alleges, that such in-game purchases included charges in U.S. Dollars made to customers by California-based Apple, which then takes a 15% or 30% platform fee (and other assessed charges) in California before remitting any payment (also in U.S. Dollars) to Defendants;

(c)     The Suga Companies, acting together as alter ego entities, entered into and/or performed services under a contract with a U.S. Company to publish, market and distribute the Infringing Game to the United States. Riot is informed and believes, and on that basis alleges, that the U.S. Company thereafter worked with the Suga Companies, both individually and together, to publish, market, and distribute the Infringing Game while in the United States.

(d)     ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

(e)     Each Defendant also individually engaged in, and contributed to, the U.S. business undertaken in the publishing deal for the Infringing Game. ████████████████████████████████████████████████████████████████████████████ Thereafter, Suga Pte. received and transferred a series of █████ payments from N3twork in U.S. dollars to Imba Tech and Suga Vietnam.

(e)     Suga Pte and Imba Tech administered the business and assets of U.S. entity Imba Network for the single purpose of conducting the above-described U.S. sales and promotion of the Infringing Game.  Imba Network is listed as the "seller" of the Infringing Game on its profile page on the Apple App Store as well as many other online, English-language and U.S.-facing app stores.  Additionally, the Infringing Game's profile page on Google Play lists Imba's place of business as 3000 South Dupont Highway, City of Dover, County of Kent, Delaware 19901. Riot is informed and believes, and on that basis alleges, that the listed address includes a typographical error (*i.e.,* 3000 vs. 3500).

(f)     Riot is informed and believes, and on that basis alleges, that Defendants engage in development and maintenance activities with respect to the Infringing Game in the United States, and particularly in the State of California. Riot is informed, and believes, that at least one of the Infringing Game's developers carries out work on the Infringing Game from San Francisco, California, as an employee and/or agent of Imba.

(g)     Defendants have directed their unlawful activities at Riot, including by deliberately copying and appropriating Riot's copyrighted content.  Defendants did so knowing and intending that Riot would be harmed by their conduct in the United States and primarily in the State of California, where Riot has its principal place of business;

(h)     Defendants advertise and market the Infringing Game in the United States and the State of California, and communicate directly with users in the United States, including for the purposes of soliciting downloads of the Infringing Game by such users.  For example, on the official "I am Hero" Facebook page, Defendants guide users to YouTube videos about the Infringing Game, including from influencers based in the U.S. and targeting a U.S. audience.[1]  Defendants

---

[1] See e.g., https://www.facebook.com/PlayIAmHero/videos/3154059441369252/, directing users to "Kodeations," a U.S. based YouTube video creator.

Mitchell
Silberberg &
Knupp LLP

likewise seek out and communicate directly with U.S. influencers to solicit feedback about the Infringing Game and create a promotional relationship.  The marketing and promotional materials and website domains for the Infringing Game, including the Facebook page and content hosted thereupon, were created, updated, and administered through, and using, the combined resources of the Suga Companies.

(i)     Defendants enter into contracts with numerous California and U.S. citizens, including each California or U.S. resident end-user that installs and plays the Infringing Game on his or her mobile device.  In these contracts, Defendants include a governing law exception specifically to accommodate U.S. residents playing the Infringing Game.  While all non-U.S. end-users' contracts are governed by the laws of Vietnam, U.S. residents' contracts are governed "in all respects by California law[,]" including to resolve any disputes.

(j)     Defendants enter into contracts with, and utilize the services of, numerous U.S. companies, including domain name registrars, hosting providers, and payment processors.  They also enter into license agreements with U.S.-based software companies for the use of software or programming tools.

24.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and/or in which Riot's injury was suffered.

## FACTS APPLICABLE TO ALL CLAIMS
### Riot and "League of Legends"

25.     Riot is a video game developer and publisher based in Los Angeles, California.  Riot is engaged in the business of producing, financing, developing, marketing, and distributing a catalog of video games and interactive entertainment products.  Among Riot's games is the immensely popular game "League of Legends" and its spin-offs, including "Teamfight Tactics" and "Wild Rift"

Mitchell
Silberberg &
Knupp LLP

(collectively, "LoL").  Riot, with its partners and affiliates, develops, publishes, markets, advertises, distributes, maintains, and services LoL in numerous countries throughout the world.  Riot owns valid registered copyrights in LoL.

26.    LoL is a fast-paced, highly competitive online game.  In LoL, two five-player teams of powerful "champions," each with a unique design and playstyle, battle head-to-head across multiple computer-generated battlefields and in a variety of game modes and types.  LoL blends the speed and intensity of a "real-time" strategy game with elements of fantasy role-playing and character development.

27.    One of the defining characteristics of LoL is its roster of playable champions.  LoL currently allows players to choose among more than 150 different champions.  Each of these champions has a unique and distinctive appearance; a unique set of abilities; and a specific set of animations.  Each LoL champion also has a unique backstory and "lore" developed around that champion.  In this way, LoL champions are more than just archetypes or game pieces; they are fully fleshed-out characters, each driven by a different motivation and with a specific skill set that reflects the character's background and personality.  LoL's champions have become so popular and beloved that they have been featured in comic books, toys, and an animated television series on Netflix.  LoL's champions include, by way of example:

(a)    **Zac**, a green, amorphous blob whose life began as a product of a toxic spill but evolved into a thinking, sentient being.  Zac is depicted in LoL (and related games and merchandise) as a creature with soft green skin, a jagged mouth and horn-like protrusion from his head.

(b)    **Heimerdinger**, a diminutive, bearded scientist and inventor who wears goggles and loves tinkering with his fantastic mechanical inventions.

(c)     **Viktor**, a scientist whose body is part human and part metal. He seeks the advancement of humankind by obtaining a greater understanding of technology.

(d)     **Teemo,** a furry creature with pointed ears and hat with goggles, who carries a telescopic-shaped projectile weapon.  Teemo scouts the world with boundless enthusiasm and energy.

28.     Each LoL champion possesses four unique abilities that reflect the character's distinctive personality.  Each of these abilities (which grow increasingly powerful as the game progresses) has a unique and distinctive name and a particular effect on the battlefield.  For example, the LoL character "Talon" has the following abilities: (1) "Noxian Diplomacy," which causes Talon to leap to a target and inflict damage; (2) "Rake," which causes Talon to toss a volley of blades that damage enemies both when released and upon their return to Talon; (3) "Assassin's Path," which enables Talon to vault over the nearest structure or terrain; and (4) "Shadow Assault," which causes Talon to disburse a ring of blades and become invisible for a short time.  Each character ability is represented in the game by a distinctive and colorful piece of artwork (i.e., an "icon.")

29.     Another distinctive element of LoL is that throughout each game, LoL champions generate currency that may be spent at an in-game shop.  At the in-game shop, LoL players may "purchase" and temporarily acquire a variety of unique equipment and items, each of which has an original name and identifying icon, as well as a unique set of defined properties.  These in-game items enhance the statistics and strength of the player's champion.

30.     Each of the elements described herein, including: (1) each champion's appearance, background "lore," and suite of abilities, (2) the ability icons that represent each champion's abilities, and (3) weapon and equipment icons, as well as the overall selection and arrangement of the foregoing elements, is original, creative, and constitutes Riot's protected expression.  Each of these elements either

Mitchell
Silberberg &
Knupp LLP

14

is generated by LoL's computer code or exists as an art or text file within the LoL software product.

31.     Riot possesses valid, subsisting, registered copyrights in LoL, including copyright registration numbers PA 1-906-694, PA 1-397-659, and PA 1-971-560.  The registrations were obtained within five years of first publication, and thus constitute prima facie evidence of the validity of the copyright and the facts stated therein.

### Defendants and Their Release Of The Infringing Game

32.     Imba Tech is a Vietnam-based video game developer, engaged in the creation and production of mobile games, including the Infringing Game.  Imba Tech, along with the other Suga Companies, market and hold themselves out to clients and business partners as a single, multi-national company entitled "the Suga Group."  The Suga Group purports to have a headquarters, branch offices, internal business divisions (including Imba Tech), its own registered trademarks, 165 employees, and multiple clients and offices globally.  In reality, the Suga Group is the unincorporated online persona of the combined alter ego Suga Companies, who use each other's names, assets and resources interchangeably and without dealing at arm's length.

33.     At all relevant times, Imba Tech was unable and/or unwilling to enter into contracts in its own name regarding the Infringing Game.  Imba Tech also was unable and/or unwilling to register any website domains or copyright ownership related to the Infringing Game in its own name.  Instead, Imba Tech took on the mantle of the corporate identities of Suga Pte and Suga Vietnam, as well as their assets and resources, in order to develop, publish, market and distribute the Infringing Game.

34.     The Suga Companies' games, including the Infringing Game, are largely (if not entirely) "free-to-play" games.  That is, there is no charge to download and play the game.  Instead, the Suga Companies generate revenue by

1 | selling virtual currency, which can be used to "unlock" new characters or speed up
2 | a player's progression in the game.

3 |      35.    Riot is informed and believes, and on that basis alleges, that in or
4 | about mid-2020, the Suga Companies began offering to the public a mobile game
5 | titled *I Am Hero AFK Tactical Teamfight* (*i.e.,* the "Infringing Game") for Android
6 | and Apple iOS mobile devices.  Specifically, the Suga Companies made the
7 | Android version of the Infringing Game available for download via the Google
8 | Play Store, and the iOS version available via the Apple App Store, through a
9 | dedicated U.S. entity, Imba Network.

10 |      36.    In order to release and distribute the Infringing Game, Suga Pte and/or
11 | Suga Vietnam created developer accounts with the Google Play store and the
12 | Apple App Store.  Imba Tech then uploaded a build of the Infringing Game to the
13 | Suga Pte/Suga Vietnam developer accounts, to which Imba Tech had free and
14 | unrestricted access in order to conduct its business.  Riot is informed and believes,
15 | and thus alleges, that the build was hosted specifically on Apple and Google
16 | servers located in the United States.  After Imba Tech uploaded its build of the
17 | Infringing Game to the Google Play Store or Apple App Store for distribution to
18 | the public, Google and Apple reviewed and tested the Infringing Game as part of
19 | its app approval process.

20 |      37.    At the same time,



23 |                                                      Imba Tech was
24 | unwilling and/or unable to enter into the N3twork Contract in its own name,

Mitchell
Silberberg &
Knupp LLP
28

38.  ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████ Thereafter, Imba
Tech performed those services.

39.     Riot is informed and believes, and on that basis alleges, that before the
Infringing Game was distributed to the public, the Suga Companies were presented
with a number of options as to where they wished to make the Infringing Game
available.  The Suga Companies specifically elected to make the Infringing Game
available throughout the world, knowing that doing so would enable the Infringing
Game to be distributed in the United States.  Riot is informed and believes, and on
that basis alleges, that the Infringing Game has been downloaded (*i.e.*, distributed
to the public) at least 500,000 times, including by thousands of customers in the
United States.

40.     Riot is informed and believes, and on that basis alleges, that prior to
or commensurate with the release of the Infringing Game, the Suga Companies
engaged in a significant marketing campaign that was designed to reach customers
in the United States.  This marketing campaign included the creation of a dedicated
English-language website (playiamhero.com) (the "Website"), as well as numerous
social media pages and profiles. ████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████ Riot is informed
and believes, and thus alleges, that Imba Tech and N3twork administered and
updated the Website on a daily basis ████████████████████████████████

41.     N3twork and the Suga Companies also created a dedicated Facebook
page, a regularly-updated Twitter account, a Discord "server," and Instagram
account, and a dedicated Reddit bulletin board.  Each of these communities is

Mitchell
Silberberg &
Knupp LLP

designed to attract and communicate with its player community, especially players who speak English.

42.     N3twork and the Suga Companies also worked together (and/or contributed resources) to create promotional videos for the Infringing Game, which were then shared both on the Google and Apple platforms, as well as on social media pages.  These promotional videos are entirely in English, touting features such as the player's ability to "Explore Unique Campaigns" and "Earn Rewards While AFK."  One such promotional video is depicted below.



## Defendants' Access To LoL

43.     Riot is informed and believes, and on that basis alleges, that at the time the Suga Companies created and designed the Infringing Game, they had access to LoL and were aware of its massive popularity.  In fact, Imba Tech's company name is a reference to LoL jargon for a character that is "imbalanced," *i.e.* overpowered.  It also is the alias of a well-known professional LoL player.

44.     Riot is informed and believes, and on that basis alleges, that many (if not most) of Imba Tech's and/or Suga Vietnam's employees are regular LoL players, and play the game regularly and competitively.  Imba Tech even holds its

own LoL tournaments (the "Imba Cup") and posts videos and images showing its employees competing in LoL matches on its social media accounts, including Facebook.

**Defendants' Copying of Protectible Expression From LoL**

45.     The Infringing Game is what is known as an "idle" or "AFK" ("away from keyboard) tactical game.  In the Infringing Game, players create a team from a roster of varying characters and then deploy their team to the battlefield to fight against computer-controlled or human-controlled opposing teams.  As players progress in the game, they unlock new characters, upgrade existing characters, and purchase weapons and equipment.  The Infringing Game presently contains approximately forty playable characters.

46.     Riot is informed and believes, and on that basis alleges, that in order to increase the popularity and appeal of the Infringing Game, the Suga Companies, without license or authorization from Riot, populated their game with knock-off copies of LoL characters.  In so doing, the Suga Companies copied from LoL an array of visual, audiovisual, and textual elements.  They did so with full knowledge that its conduct was unlawful and would provoke a response from Riot, but with the hope and expectation that Riot would not discover the infringement until after the game developed a large base of players and online community and turned a profit.

47.     Among the protected expression from LoL that the Suga Companies appropriated and used in the Infringing Game were Riot's visual depictions of its LoL champions, the roles and skills for each of champion, artwork used to represent equipment or other in-game objects, and textual descriptions and stories about LoL champions.  In fact, nearly every one of the heroes in the Infringing Game has a substantially similar appearance, name, backstory, set of abilities (including ability names and icons representing abilities) and set of sound effects, as their counterparts in LoL.

Mitchell
Silberberg &
Knupp LLP

19

## Infringing Elements: Character Names, Design and Artwork

Many, if not all, of the heroes from the Infringing Game are knock-offs of LoL champions in both name and appearance. The characters themselves are recognizably the same as LoL champions (*e.g.,* carrying the same accessories, wearing the same costumes, bearing the same bodily special features such as wings) and bear nearly identical names. By way of example, below are several side-by-side comparisons of the actual names and portrait artwork for several LoL champions and characters from the Infringing Game.[2]

| League of Legends Champions | Infringing I Am Hero Characters |
|---|---|
|  |  |
| **Heimerdinger**<br>**(Wears goggles, large belt, carries wrench and missiles, pronounced facial hair )** | **Dinger**<br>**(Wears goggles, large belt, carries wrench and missiles, pronounced facial hair)** |

[2] Each example is annotated to highlight key similarities, but the annotation is not an exhaustive description of similarities. Additionally, as noted, the illustrations in the Complaint are just a small sample of the overall infringement.

Mitchell
Silberberg &
Knupp LLP



**Nautilus**
**(Wears machined armor plates, glowing eyes, carries large anchor weapon)**



**Tidus**
**(Wears machined armor plates, glowing eyes, carries large anchor weapon)**



**Viktor**
**(Wears hooded cape, etched armor cuirass and faulds, carries staff with ringed top)**



**Victor**
**(Wears hooded cape, etched armor cuirass and faulds, carries staff with ringed top)**

Mitchell
Silberberg &
Knupp LLP





**Vi**
**(Woman with brightly colored hair and featuring large mechanical fists and arms)**

**Vy**
**(Woman with brightly colored hair and featuring large mechanical fists and arms)**





**Zac**
**(Green humanoid creature with soft "blob" skin and characteristics, with a jagged mouth and horn-like protrusion from head)**

**Zak**
**(Green humanoid creature with soft "blob" skin and characteristics, with a jagged mouth and horn-like protrusion from head)**

Mitchell
Silberberg &
Knupp LLP



**Sejuani**
**(Woman wearing blue horned-helmet and blue-accented armor, riding pig-like creature with prominent tusks)**



**Pigrider**
**(Woman wearing blue horned-helmet and blue-accented armor, riding pig-like creature with prominent tusks)**



**Talon**
**(Wearing hooded V-shaped cape with diamond-shaped accent on brow, right-handed sharp weapon)**



**Tolan**
**(Wearing hooded V-shaped cape with diamond-shaped accent on brow, right-handed sharp weapon)**

Mitchell
Silberberg &
Knupp LLP



**Teemo**
**(Furry creature with pointed ears,**
**hat with goggles, carrying telescopic**
**shaped shooting weapon)**

**Tomee**
**(Furry creature with pointed ears,**
**hat with goggles, carrying telescopic**
**shaped shooting weapon)**

### Infringing Elements: Character Nicknames and Backstory Narratives

48.     The Infringing Game also contains "stories" and nicknames for each game character.  These "stories" and nicknames are nearly identical to, and largely copy/pasted wholesale from, the unique nicknames and "lore" developed for LoL champions and displayed as written narratives.  By way of example, below are several side-by-side comparisons of LoL and I Am Hero nicknames and narratives.

| League of Legends Champion Nicknames and Lore | Infringing I Am Hero Character Nicknames and Lore |
|---|---|
|  A brilliant yet eccentric yordle scientist, Professor Cecil B. Heimerdinger is one of the most innovative and esteemed inventors Piltover has ever known. Relentless in his work to the point of neurotic obsession, he thrives on answering the universe's most impenetrable questions. Though his theories often appear opaque and esoteric, Heimerdinger has crafted some of Piltover's most miraculous—not to mention lethal—machinery, and constantly tinkers with his inventions to make them even more efficient. **Heimerdinger Lore** **"The Revered Inventor"** |  A brilliant yet eccentric goblin scientist, Professor Dinger is one of the most innovative and esteemed inventors Amethius has ever known. Relentless in his work to the point of neurotic obsession, he thrives on answering the universe's most impenetrable questions. Though his theories often appear opaque and esoteric, Dinger has crafted some of Amethius' most miraculous not to mention lethal machinery, and constantly tinkers with his inventions to make them even more efficient. **Dinger Lore** **"The Venerable Inventor"** |
|  Sejuani is the brutal, unforgiving Iceborn warmother of the Winter's Claw, one of the most feared tribes of the Freljord. Her people's survival is a constant, desperate battle against the elements, forcing them to raid Noxians, Demacians, and Avarosans alike to survive the harsh winters. Sejuani herself spearheads the most dangerous of these attacks from the saddle of her drüvask boar Bristle, using her True Ice flail to freeze and shatter her enemies. **Sejuani Lore** **"Fury of the North"** |  There is no such thing as harmony among the creatures of the Satin jungle. By bite, or claw, or pincer, or hoof, even the slightest sign of weakness means a swift death. They say the Rider is one of the most feared tribes of the Destroyer. Her Goblin's survival is a constant, desperate battle against the elements, forcing them to raid Centra, Arora, and Aras alike to survive the harsh summers. Rider herself spearheads the most dangerous of these attacks from the saddle of her boar Pumba, using her whip to chase and shatter her enemies. **Pigrider Lore** **"Wrath of the South"** |

Mitchell
Silberberg &
Knupp LLP



Talon is the knife in the darkness, a merciless killer able to strike without warning and escape before any alarm is raised. He carved out a dangerous reputation on the brutal streets of Noxus, where he was forced to fight, kill, and steal to survive. Adopted by the notorious Du Couteau family, he now plies his deadly trade at the empire's command, assassinating enemy leaders, captains, and heroes... as well as any Noxian foolish enough to earn the scorn of their masters.

**Tolan**

**The Blade's Shade**

**Story**

Tolan is the knife in the darkness, a Dark Elves killer able to strike without warning and escape before any alarm is raised. He carved out a dangerous reputation on the brutal streets of Satin, where he was forced to fight, kill, and steal to survive. Adopted by the Naga Gorgon family, he now plies his deadly trade at the empire's command, assassinating enemy leaders, captains, and heroes  as well as any Satinian foolish enough to earn the scorn of their masters.

**Talon Lore**
**"The Blade's Shadow"**

**Tolan Lore**
**"The Blade's Shade"**



Undeterred by even the most dangerous and threatening of obstacles, Teemo scouts the world with boundless enthusiasm and a cheerful spirit. A yordle with an unwavering sense of morality, he takes pride in following the Bandle Scout's Code, sometimes with such eagerness that he is unaware of the broader consequences of his actions. Though some say the existence of the Scouts is questionable, one thing is for certain: Teemo's conviction is nothing to be trifled with.



**Tomee**

**The Hasty Scout**

**Story**

Undeterred by even the most dangerous and threatening of obstacles, Tomee scouts the world with boundless enthusiasm and a cheerful spirit. A goblin with an unwavering sense of morality, he takes pride in following the Amethias' Code, sometimes with such eagerness that he is unaware of the broader consequences of his actions.

**Teemo Lore**
**"The Swift Scout"**

**Tomee Lore**
**"The Hasty Scout"**

Mitchell
Silberberg &
Knupp LLP

26

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Original Aatrox Lore**
**"The Darkin Blade"**



**QQtrox Lore**
**"The God Killer"**

**Viktor Lore**
**"The Machine Herald"**



**Victor Lore**
**"The Evil Machinist"**

1
2
3
4
5
6
7
8
9
10
11
12
13



Zac is the product of a toxic spill that ran through a chemtech seam and pooled in an isolated cavern deep in Zaun's Sump. Despite such humble origins, Zac has grown from primordial ooze into a thinking being who dwells in the city's pipes, occasionally emerging to help those who cannot help themselves or to rebuild the broken infrastructure of Zaun.

Zak is the product of a toxic spill that ran through a chemtech seam and pooled in an isolated cavern deep in Sky Kingdom's sump. Despite such humble origins, Zak has grown from primordial ooze into a thinking being who dwells in the city's pipes, occasionally emerging to help those who cannot help themselves or to rebuild the broken infrastructure of Sky Kingdom.

**Zac Lore**
**"The Secret Weapon"**

**Zak Lore**
**"The Amorphous Combatant"**

14
15
16

### **Infringing Elements: Character Gameplay Abilities**

17      49.     The Infringing Game copies not only the names, nicknames, images

18  and backstories of LoL champions, but also the titles and substance of character

19  gameplay abilities.  By way of example, below are several side-by-side

20  comparisons of ability titles and descriptions copied from LoL in the Infringing

21  Game.

22
23
24
25
26
27
28

| League of Legends Champion Abilities | I Am Hero Character Abilities |
|---|---|
|  <br><br> **PASSIVE** <br> **DEATHBRINGER STANCE** <br> Periodically, Aatrox's next basic attack deals bonus physical damage and heals him, based on the target's max health. <br><br> **Aatrox's "Deathbringer Stance" (Enhances damage inflicted by Aatrox's "next basic attack" while healing Aatrox based on attack target's health)** |  <br><br> **Harbinger Stance(Level 3)** <br> For every third attack, QQtrox empowers his next basic attack to gain 1 grid bonus range and deal 5% of the target's max HP as bonus physical damage. <br> Level 2: Also heals him for 100% of the bonus physical damage dealt. <br><br> **QQtrox's "Harbinger Stance" (Enhances damage inflicted by QQtrox's "next basic attack" while healing QQtrox based on attack target's health)** |
|  <br><br> **UPGRADE!!!** <br> Heimerdinger invents an upgrade, causing his next spell to have increased effects. <br><br> **Heimerdinger's "Upgrade!!!" (Enhances next attack)** |  <br><br> **Upgrade! (+30 Unlocks)** <br> The ability "Homing Missile" got an upgrade: For every 2 missiles, the second one will deal damage to all surrounding enemy in a 1 hex radius. The damage will be equal to 75% of the missile damage. <br> [+10 Unlocks] The ability "Electron Grenade" got an upgrade: <br><br> **Dinger's "Upgrade!" (Enhances next attack)** |



**CH-2 ELECTRON STORM GRENADE**
Heimerdinger lobs a grenade at a location, dealing damage to enemy units, as well as stunning anyone directly hit and slowing surrounding units.

**Heimerdinger's "CH-2 Electron Storm Grenade"**
**(Damages target enemy and surrounding enemies)**



**Electron Grenade(Level 3)**
For every fourth attack, Dinger throws an Electron Grenade to his enemy, dealing 200% attack to enemy with highest attack and all enemies 1 hex around.

Level 2: The Electrón Grenade stuns his primary target enemy for 2s.

**Dinger's "Electron Grenade"**
**(Damages target enemy and surrounding enemies)**



**RIPTIDE**
Nautilus creates three exploding waves around himself. Each explosion damages and slows enemies.

**DEPTH CHARGE**
Nautilus fires a shockwave into the earth that chases an opponent. This shockwave rips up the earth above it, knocking enemies into the air. When it reaches the opponent, the shockwave erupts, knocking his target into the air and stunning them.

**Nautilus's "Riptide", "Depth Charge"**
**("[E]xploding waves" capable of "knocking" and "stunning" enemies)**



**Wrath Tides(Level 3)**
Tidus creates 3 waves of explosions that radiate from him, dealing 125% magic damage, knocking and stunning enemies 2 hexs away for 1.5 giây.

Level 2: Increase the damage from 125% to 150% attack damage.

**Tidus' "Wrath Tides"**
**("[W]aves of explosions" capable of "knocking" and "stunning" enemies)**



**RAKE**

Talon sends out a volley of daggers that then return back to him, dealing physical damage every time it passes through an enemy. The returning blades deal bonus damage and slow units hit.



**Talon's "Rake"**
**("Sends out a volley of daggers" that damage enemies "it passes through"; weapons return to character)**

**Tolan's "Shadowblade"**
**("Sends out a volley of daggers" that damages enemies they "pass through"; weapons return to character)**



**BLADE'S END**

Talon's spells Wound champions and large monsters, stacking up to 3 times. When Talon attacks a champion with 3 stacks of Wound, they bleed for heavy damage over time.



**Talon's "Blade's End"**
**(Enhanced attack "stacking up to 3 times" and causing enemy with "3 stacks of Wound" to "bleed for heavy damage")**

**Tolan's "Dagger's End"**
**(Enhanced attack "stacking up to 3 times" and causing enemy with "3 wounds" to "bleed for 200% … damage")**

Mitchell
Silberberg &
Knupp LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**TOXIC SHOT**
Each of Teemo's attacks will poison the target, dealing damage on impact and each second after for 4 seconds.

**Teemo's "Toxic Shot"**
**(Attack "will poison the target, dealing damage" for 4 seconds")**



**Toxic Shot(Level 3)**
Basic attack of Tomee will have a poison effect, dealing 20% magic damage per second over 3s to target unit.

Level 2: Increase damage from 20% to 25% magic damage and increase 1 attack range.

Level 3: Basic attacks deal magic damage instead of physical

**Tomee's "Toxic Shot"**
**(Attack "will have a poison effect, dealing … damage" for 3 seconds)**



**CEASE AND DESIST**
Vi runs down an enemy, knocking aside anyone in the way. When she reaches her target she knocks it into the air, jumps after it, and slams it back into the ground.

**Vi's "Cease And Desist"**
**(Character "runs down" an enemy, "knocking aside anyone in the way" and "knocks" the target into the air)**



**Assault Suspension(Level 3)**
Charges at the farthest enemy, dealing 200% magic damage and knocking aside all enemies for 0.25s along the way. Upon reaching her target, deals 400% magic damage and knocks them up 2 seconds.

Level 2: Hitting the target enemy with this ability grants Vy a

**Vy's "Assault Suspension"**
**(Character "charges" an enemy, "knocking aside all enemies … along the way" and "knocks" the target")**

Mitchell
Silberberg &
Knupp LLP





**Viktor's "Chaos Storm"**
**(Character "conjures" an electric**
**"field" that damages nearby enemies)**

**Victor's "Chaos Storm"**
**(Character "summons an electric**
**vortex" that damages enemies in**
**field)**





**Viktor's "Gravity Field"**
**(Gravitational field slows enemies**
**therein and stuns them)**

**Victor's "Gravity Field"**
**(Gravitational field traps enemies**
**therein and stuns them)**



**CELL DIVISION**
Each time Zac hits an enemy with an ability, he sheds a chunk of himself that can be reabsorbed to restore Health. Upon taking fatal damage, Zac splits into 4 bloblets that attempt to recombine. If any bloblets remain, he will revive with an amount of Health depending on the Health of the surviving bloblets. Each bloblet has a percentage of Zac's maximum Health, Armor and Magic Resistance. This ability has a 5 minute cooldown.

**Zac's "Cell Division"**
**(When killed, character splits into 4 sub-parts that each have a percentege of character health and abilities)**



**Self-division (+30 Unlocks)**
After being slain Zak will self-divides into 2 mini Zak. Mini Zak inherits 100% of Zak's Attack Speed and Movement Speed, as well as 55% of Zak's other attributes, but could not use any ability. After existing for 8 seconds or being slain, mini Zak will disappear.

**Zak's "Self-division"**
**(When "slain," character splits into 2 sub-parts that each have a percentage of character attributes)**



**LET'S BOUNCE!**
Zac bounces four times, knocking up enemies hit and slowing them.

**Zac's "Let's Bounce!"**
**(Character bounces in air, damaging and slowing enemies)**



**Body Shock(Level 3)**
Leaps into the air and lands at the location with most enemies within 3 cells, dealing 130% of magic damage and stunning all enemies in 2 hex away for 2 seconds.

Level 2: Magic damage is increased to 145%. Stun duration is increased to 2.5 seconds.

**Zak's "Body Shock"**
**(Character "[l]eaps into the air[,]" damaging and "stunning" enemies)**

## Infringing Elements: Character Icons

50.     I Am Hero characters also bear substantially similar character and character ability icons to icons used for LoL champions.  By way of example, below are several side-by-side comparisons of copied icon images.

| League of Legends Icons | I Am Hero Icons |
|---|---|
|  **Nautilus' Titan's Wrath Icon** |  **Tidus' Staggering Blow Icon** |
|  **Zac's Let's Bounce! Icon** |  **Zak's Self-division Icon** |

## Imba's Willful and Intentional Infringement

51.     Riot is informed and believes, and on that basis alleges, that all of the foregoing copying was deliberate and intentional and that during the development of the Infringing Game, Imba Tech (while employing the corporate identities, assets and resources of the other alter ego Suga Companies) used LoL artwork as reference material, selected names that were nearly identical to the names of LoL champions, modeled each of its heroes on LoL champions, and "cut-and-pasted" textual material from LoL.  Defendants did so in order to broaden the appeal of the Infringing Games and entice LoL fans to download and play it.

Mitchell
Silberberg &
Knupp LLP

35

52.     The Suga Companies' plan that potential customers would recognize the Infringing Game's heroes was successful.  Many players commented on the outright copying of LoL champions in the Infringing Game, such as in the following comments on the Google Play Store:

**Skylar I**

★ ☆ ☆ ☆ ☆ · July 20, 2020



So besides it being a downgraded version of AFK Arena, they've also heavily copied league of legends characters from character design to even only changing a single letter (Zac changed to Zak, Viktor changed to Victor, etc.). Also, if you actually look at the 5 star reviews, you can see the same comment down to the very letter pasted over and over again. They heavily review bot to boost their ratings and Google will be hearing about this.

**Kenzie Pickard**

★ ☆ ☆ ☆ ☆ · January 1, 2022



This game could be decent if it weren't for the fact that almost all of their heroes are directly taken from League of Legends, with mimimal name and ability changes - examples include Kaiser, Tolan and (my personal favourite) the one and only QQtrox. Please develop original content and stop stealing characters from League and I'll rerate the game with a more positive outlook.

53.     Riot is informed and believes, and on that basis alleges, that Imba Tech and/or the other alter ego Suga Companies review all or nearly all of the comments the Infringing Game received on the Google Play Store and Apple App Store, and it responds to many of them.  In response to one such comment pointing out the "disgusting" and "blatant ripoff of League of Legends characters," Defendants admitted they copied LoL.  But rather than taking steps to change its game or seek a license from Riot, Defendants responded: "so what happens if our heroes are some similar (sic) to LOL heroes?"

54.     On December 17, 2021, Riot served Imba Tech with a Cease and Desist Letter, in which it included an extensive but non-exhaustive side-by-side chart of copied characters and gameplay elements.  Imba Tech responded on December 20, 2021, admitting that some of its game's content was substantially similar to that of LoL but denying that it had engaged in copyright infringement.

## COUNT I

### (Copyright Infringement)

55.     Riot re-alleges and incorporates by reference the allegations in paragraphs 1 through 40, as if set forth fully herein.

56.     Riot is the owner of valid and enforceable copyrights in LoL.  Riot has registered or applied for registration for copyrights in LoL, including PA 1-906-694, PA 1-397-659 and PA 1-971-560.

57.     Defendants have deliberately and intentionally copied the characters, artwork, and other protectable expression from LoL in the Infringing Game.

58.     Riot has never authorized or given consent to Defendants to use their copyrighted works in the manner complained of herein.

59.     Thus, Defendants have infringed, and are continuing to infringe, Riot's copyrights by reproducing, adapting, distributing, publicly performing, and publicly displaying, and authorizing others to reproduce, adapt, distribute, publicly

Mitchell
Silberberg &
Knupp LLP

perform, and publicly display copyrighted elements of LoL without authorization, in violation of the Copyright Act, 17 U.S.C. § 501 et seq.

60.     Defendants' acts of infringement are willful, in disregard of, and with indifference to, the rights of Riot.

61.     As a direct and proximate result of the infringements alleged herein, Riot is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.  Alternatively, Riot is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

62.     Riot further is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

63.     As a result of Defendants' acts and conduct, Riot has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law.  Riot is informed and believes, and on that basis alleges, that unless enjoined and restrained by this Court, Defendants will continue to infringe Riot's rights in LoL.  Riot is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## **PRAYER FOR RELIEF**

WHEREFORE, Riot prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief, including but not limited to an order:

1.     Preliminarily and permanently enjoining Defendants, their officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons acting in concert or participation with Defendants from: manufacturing, producing, distributing, adapting, displaying, advertising, promoting, offering for sale or selling, or performing any materials that are

Mitchell
Silberberg &
Knupp LLP

substantially similar to LoL, and to deliver to the Court for destruction or other reasonable disposition all materials and means for producing the same in Defendants' possession or control.

2.      Requiring Defendants to deliver to Riot all copies of materials that infringe or violate any of Riot's rights described herein.

3.      Requiring Defendants to provide Riot with an accounting of any and all sales of products or services that infringe or violate any of Riot's rights, as described herein.

4.      Awarding Riot actual or statutory damages for copyright infringement and willful infringement under 17 U.S.C. § 504, as appropriate.

5.      Awarding Riot its full costs and attorneys' fees in this action pursuant to 17 U.S.C. § 505 and other applicable laws.

6.      Imposing a constructive trust over the proceeds unjustly obtained by Defendants through the sale of the Infringing Game in the United States, and/or any other products or services that violate any of Riot's rights described herein.

7.      Awarding such other and further relief as this Court may deem just and appropriate.


DATED: APRIL 10, 2023                    MARC E. MAYER
                                         MITCHELL SILBERBERG & KNUPP LLP


                                         By:  /s/ Marc E. Mayer
                                              Marc E. Mayer (SBN 190969)
                                              Theresa B. Bowman (*Pro Hac Vice*)
                                              Attorneys for Riot Games, Inc.

1

## **<u>JURY DEMAND</u>**

2    Riot demands a trial by jury on all issues so triable.

3

4    DATED: APRIL 10, 2023          MARC E. MAYER
                                     MITCHELL SILBERBERG & KNUPP LLP
5

6
                                     By: /s/ Marc E. Mayer
7                                    ─────────────────────────────
                                          Marc E. Mayer (SBN 190969)
8                                         Theresa B. Bowman (*Pro Hac Vice*)
                                          Attorneys for Riot Games, Inc.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Mitchell      28
Silberberg &
Knupp LLP