| | |
|---|---|
| 1 | John D. Tran (SBN 231761) |
| | jdt@rhemalaw.com |
| 2 | RHEMA LAW GROUP, P.C. |
| | 1 Park Plaza, Ste. 600 |
| 3 | Irvine, CA 92614 |
| | Telephone: (949) 852-4430 |
| 4 | Facsimile: (866) 929-3519 |
| 5 | Rosalind T. Ong (SBN 234326) |
| | rto@rhemalaw.com |
| 6 | RHEMA LAW GROUP, P.C. |
| | 1 Park Plaza, Ste. 600 |
| 7 | Irvine, CA 92614 |
| | Telephone: (949) 852-4430 |
| 8 | Facsimile: (866) 929-3519 |
| 9 | Attorneys for Defendants and Counterclaim Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation, | CASE NO. 2:22-cv-00429- SPG (KS*x*) |
| Plaintiff and Counterclaim Defendant, | [Assigned to Judge Sherilyn Peace Garnett] |
| v. | **JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND RELATED DEADLINES** |
| SUGA PTE, LTD., a company incorporated under the laws of Singapore; SUGA CO., LTD., a company incorporated under the laws of Vietnam; IMBA TECHNOLOGY COMPANY LIMITED, a company incorporated under the laws of Vietnam; and IMBA NETWORK LLC, a Delaware limited liability company; DOES 1-10, inclusive, | [Proposed Order Filed concurrently herewith]<br><br>Complaint Filed: January 20, 2022<br>FAC: April 10, 2023 |
| Defendants and Counterclaim Plaintiffs | |
| AND RELATED COUNTERCLAIMS | |

15859869.1

This Stipulation is entered into between and among Plaintiff and Counterclaim Defendant Riot Games, Inc., ("Plaintiff"), as well as Defendants and Counterclaim Plaintiffs Suga PTE, Ltd. ("Suga"), Suga Co. Ltd. ("Suga Co."), Imba Technology Company Limited ("Imba Tech"), and Imba Network LLC ("Imba Network") (collectively, "Defendants" and together with Plaintiff, the "Parties") by and through their respective counsel of record.

The parties herein stipulate that the schedule of trial and related dates set by this Court on June 27, 2023 (Dkt. 82) should be continued because, as laid out below: the pleadings in this case have just recently been decided on September 14 2023; the parties have agreed they would like to make adjustments to the schedule to ensure sufficient time to complete fact discovery, expert discovery, dispositive motions, and continue settlement discussions.  This stipulation is based on the following facts:

1. Plaintiff filed its initial Complaint on January 20, 2022 (Dkt. 1), alleging a claim for copyright infringement against defendants Suga Pte Ltd. ("Suga Pte"), Imba Technology Company Limited ("Imba Tech"), and Imba Network LLC ("Imba Network.")  The case initially was assigned to Judge Percy Anderson.

2. On May 16, 2022 Imba Network filed an answer to the Complaint with counterclaims seeking a declaration of non-infringement (Dkt. 26), which it later amended on June 6, 2022 (Dkt. 32) and May 3, 2023 (Dkt. 69).  That same day (May 16), Imba Tech and Suga Pte filed a motion to dismiss the Complaint for lack of personal jurisdiction (Dkt. 27).

3. The motion to dismiss initially was set for hearing on July 18, 2022. However, on June 28, 2022 this action was transferred from Judge Anderson to this Court.  As a result, the hearing on the motion to dismiss was taken off calendar and then rescheduled for hearing on October 19, 2022.  On October 17, 2022, the Court

took the motion under submission, and on November 3, 2022, the Court issued its ruling on the motion to dismiss (Dkt. 50).

4. In its ruling on the motion to dismiss, the Court denied the motion as to Imba Tech, granted to Suga Pte, but permitted Plaintiff to take jurisdictional discovery regarding Suga Pte. Pursuant to stipulation by the parties, the Court set April 10, 2023 as the jurisdictional discovery cut-off and deadline for Plaintiff to file its Amended Complaint.

5. On November 29, 2022 Defendant Imba Tech filed an answer to the Complaint with counterclaims seeking a declaration of non-infringement (Dkt. 51). Imba Tech later amended its answer on December 15, 2022 (Dkt. 52).

6. On December 16, 2022, this Court issued a pre-trial scheduling order. (Dkt. 55). Pursuant to the scheduling order, the Court set the trial in this matter for December 5, 2023, with the discovery cut-off set for July 19, 2023. Additionally, under the Court's schedule, expert disclosures would be made by August 9, 2023.

7. At the time the scheduling order was issued, Plaintiff had not yet taken jurisdictional discovery on Suga Pte and had not yet added Suga Co. to the lawsuit. In early 2023, Plaintiff took jurisdictional discovery on Suga Pte.

8. On April 10, 2023, Plaintiff filed an amended complaint (Dkt. 62), adding Suga Co. Ltd. (Suga Co.) as a defendant.

9. On May 3, 2023 (Dkt. 69, 70), Imba Network and Imba Tech answered the amended complaint and filed counterclaims.

10. On May 4, 2023, counsel for Suga Co. agreed to accept service for Suga Co., subject to an agreement that its response (and that of Suga Pte) would be filed in mid-May 2023.

11. On May 17, 2023, Suga Pte and Suga Co. filed a second motion to dismiss for lack of personal jurisdiction (Dkt. 71). Plaintiff filed its opposition to the second motion to dismiss on June 7 (Dkt. 76), and on June 21 Suga Pte and Suga Co. filed their reply memorandum (Dkt. 80).

12. On June 27, 2023, the Court granted the Parties' first Joint Stipulation to Continue the Trial Date Deadlines (Dkt. 82).

13. On September 14, 2023, the Court denied Defendants' Motion to Dismiss the Suga Entities from the Complaint, which resolved the parties and pleadings (Dkt. 94).

14. Plaintiff and Defendant have been engaged in discovery. Specifically, these parties have exchanged written discovery requests and responses. The Parties also are in the process of discussing a schedule for party and third-party depositions. Additionally, due to the amount of time required to take and complete jurisdictional discovery, and resolve the pleadings, the Parties have not yet had an opportunity to complete written discovery, including expert discovery and schedule, and complete depositions.

15. Additionally, the Parties have been engaged in some preliminary settlement discussions. The Parties hope to continue these discussions without being required to incur the expense of completing all remaining discovery in the short remaining window.

16. Lastly, the Parties agree that, given that the pleadings in this case were only just recently settled with regard to the Suga entities, and merits discovery has thus not yet begun regarding the Suga entities, it is not practical to complete all merits discovery in this case by October 19, 2023.

17. As a result of the foregoing, the Parties have agreed to request that the Court continue the trial date and all related pretrial, discovery, and motion deadlines as indicated in the below proposed chart.

18. This is the Parties' second request for a continuance of the trial dates or any pre-trial deadlines. The Parties do not expect to seek additional continuances in this matter.

Therefore, IT IS HEREBY STIPULATED that, upon approval of the Court:

1. The trial date and all associated pretrial, discovery, and motion deadlines shall be continued for approximately 90 days each as set forth below:

| Event | Current Date | Proposed New |
|---|---|---|
| Fact Discovery Cut-Off | October 19, 2023 | January 17, 2024 |
| Expert Disclosure (Initial) | November 2, 2023 | January 31, 2024 |
| Expert Disclosure (Rebuttal) | November 16, 2023 | February 13, 2024 |
| Expert Discovery Cut-Off | January 16, 2024 | April 15, 2024 |
| Last Day to File Dispositive Motions | February 16, 2024<br><br>Oppositions due: March 1, 2024<br><br>Reply Due: March 8, 2024 | May 16, 2024<br><br>May 30, 2024<br><br>June 6, 2024 |
| Last Day Hearing on Dispositive Motions | March 29, 2024 | June 27, 2024 |
| Deadline to Complete Settlement Conference (private) | May 17, 2024 | August 15, 2024 |
| Trial Filings (first round): Motions In Limine (including *Daubert*) Memoranda of Contentions of Fact and Law [L.R. 16-4] Witness Lists [L.R. 16-5] Joint Exhibit List [L.R. 16-6.1] Joint Status Report Regarding Settlement | May 24, 2024 | August 22, 2024 |
| Trial Filings (second round) | June 7, 2024 | September 5, 2024 |
| Final Pretrial Conference | June 21, 2024 | September 19, 2024 |
| Trial (Jury) (estimated duration 5-7 days) | July 12, 2024 | October 10, 2024 |

DATED: OCTOBER 3, 2023         JOHN D. TRAN
                                RHEMA LAW GROUP, P.C.


                                By: */s/ John D. Tran*
                                    John D. Tran, (SBN 231761))
                                    Attorneys for Defendants
                                    Imba Network, LLC and Imba
                                    Technology Co. Ltd., Suga Pte Ltd., and
                                    Suga Co. Ltd.

| | | |
|---|---|---|
| DATED: OCTOBER 3, 2023 | | MARC E. MAYER<br>THERESA B. BOWMAN<br>MITCHELL SILBERBERG & KNUPP LLP |
| | By: | */s/ Marc E. Mayer*<br>Marc E. Mayer (SBN 190969)<br>Theresa B. Bowman (*pro hac vice*)<br>Attorneys for Riot Games, Inc. |

## ATTESTATION REGARDING SIGNATURES

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing

DATED:  October 3, 2023              */s/ Marc E. Mayer*
                                     Marc E. Mayer