MARC E. MAYER (SBN 190969)
mem@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

THERESA B. BOWMAN (*pro hac vice*)
tbb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
1818 N Street NW, Suite 700
Washington, DC 20036
Telephone: (202) 355-7900
Facsimile: (202) 355-7899

Attorneys for Plaintiff and Counterclaim Defendant Riot Games, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUGA PTE, LTD., a company incorporated under the laws of Singapore; SUGA CO., LTD., a company incorporated under the laws of Vietnam; IMBA TECHNOLOGY COMPANY LIMITED, a company incorporated under the laws of Vietnam; and IMBA NETWORK LLC, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:22-cv-00429- SPG (KS*x*)<br><br>[Assigned to Judge Sherilyn Peace Garnett]<br><br>**JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>(*[PROPOSED] JUDGMENT FILED CONCURRENTLY HEREWITH*)<br><br>Complaint Filed: January 20, 2022<br>FAC: April 10, 2023 |

Mitchell Silberberg & Knupp LLP

16098057.1

Plaintiff Riot Games, Inc. ("Riot") and Defendants Suga Pte, Ltd., Suga Co., Ltd., IMBA Technology Company Limited, and IMBA Network LLC (together, "Defendants" and collectively with Riot, the "Parties"), hereby stipulate to an order for entry of judgment and permanent injunction as follows:

1. Judgment shall be entered against Defendants in the amount of one million U.S. dollars ($1,000,000), enforceable pursuant to the terms of the Parties' confidential written agreement dated December 15, 2023.

2. All of the Defendants' Counterclaims, including the Counterclaims for Declaratory Relief and Cancellation of Copyright Registrations, hereby are dismissed with prejudice, and Defendants shall take nothing by such Counterclaims.

3. Defendants shall immediately and permanently cease and desist from knowingly or intentionally, directly or indirectly, taking any steps (directly or indirectly through third parties) to distribute, update, support, advertise, market, sell or otherwise make available the mobile game known as "I Am Hero" and any versions or iterations of such game, under any title, in any language (the "IAH Game") or any other game that is, or contains elements that are, substantially similar to Riot's games "League of Legends" and its spin-off titles, including "Teamfight Tactics," and "League of Legends: Wild Rift" (collectively "LoL")

4. To the extent that Defendants have not already done so, Defendants shall promptly disable, remove, or otherwise shut down the distribution or sale of the IAH Game from any service providers, platforms, or websites, including but not limited to the Google Play Store and the Apple App Store.

5. Any company or entity that Defendants, or any of their officers and directors, control in the future shall also comply with the provisions of this Judgment and Permanent Injunction.

6. The Parties irrevocably and fully waive notice of entry of this Judgment and Permanent Injunction and notice and service of the entered

Judgment and Permanent Injunction and understand, confirm and agree that violation of the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including contempt of Court.

7.  The Parties irrevocably and fully waive any and all rights to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

8.  The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Permanent Injunction. The Parties consent to the personal jurisdiction of the United States District Court for the Central District of California for the purposes of enforcing the Judgment and Permanent Injunction.

DATED: DECEMBER 15, 2023

MARC E. MAYER
THERESA B. BOWMAN
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Marc E. Mayer*
Marc E. Mayer (SBN 190969)
Theresa B. Bowman (*pro hac vice*)
Attorneys for Riot Games, Inc.

DATED: DECEMBER 15, 2023

JOHN D. TRAN
ROSALIND T. ONG
RHEMA LAW GROUP P.C.

By: */s/ John D. Tran*
John D. Tran (SBN 231761)
Rosalind T. Ong (SBN 234326)
Attorneys for Defendants

Mitchell Silberberg & Knupp LLP

16098057.1

**Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)**

I, Marc E. Mayer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  December 15, 2023

　　　　　　　　　　　　　　　　　　　　*/s/ Marc E. Mayer*
　　　　　　　　　　　　　　　　　　　　Marc E. Mayer

Mitchell Silberberg & Knupp LLP

16098057.1

4