JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., a Delaware corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>SUGA PTE, LTD., a company incorporated under the laws of Singapore; SUGA CO., LTD., a company incorporated under the laws of Vietnam; IMBA TECHNOLOGY COMPANY LIMITED, a company incorporated under the laws of Vietnam; and IMBA NETWORK LLC, a Delaware limited liability company; DOES 1-10, inclusive,<br><br>     Defendant(s). | Case No. 2:22-cv-00429- SPG (KSx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION [ECF NO. 100]** |

  Pursuant to the Joint Stipulation for Entry of Judgment dated December 15, 2023, (ECF No. 100), the Court hereby orders that judgment in entered in favor of plaintiff Riot Games, Inc. ("Riot") against Defendants Suga Pte, Ltd., Suga Co., Ltd., IMBA Technology

Company Limited, and IMBA Network LLC (together, "Defendants" and collectively with Riot, the "Parties"), as follows:

1. Judgment shall be entered against Defendants in the amount of one million U.S. dollars ($1,000,000.00), enforceable pursuant to the terms of the Parties' confidential written agreement dated December 15, 2023.

2. All of the Defendants' Counterclaims, including the Counterclaims for Declaratory Relief and Cancellation of Copyright Registrations, hereby are dismissed with prejudice, and Defendants shall take nothing by such Counterclaims.

3. Defendants shall immediately and permanently cease and desist from knowingly or intentionally, directly or indirectly, taking any steps (directly or indirectly through third parties) to distribute, update, support, advertise, market, sell or otherwise make available the mobile game known as "I Am Hero" and any versions or iterations of such game, under any title, in any language (the "IAH Game") or any other game that is, or contains elements that are, substantially similar to Riot's games "League of Legends" and its spin-off titles, including "Teamfight Tactics," and "League of Legends: Wild Rift" (collectively "LoL").

4. To the extent that Defendants have not already done so, Defendants shall promptly disable, remove, or otherwise shut down the distribution or sale of the IAH Game from any service providers, platforms, or websites, including but not limited to the Google Play Store and the Apple App Store.

5. Any company or entity that Defendants, or any of their officers and directors, control in the future shall also comply with the provisions of this Judgment and Permanent Injunction.

6. The Parties irrevocably and fully waive notice of entry of this Judgment and Permanent Injunction and notice and service of the entered Judgment and Permanent Injunction and understand, confirm and agree that violation of the Judgment and Permanent Injunction will expose Defendants to all penalties provided by law, including contempt of Court.

7.     The Parties irrevocably and fully waive any and all rights to appeal this Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

8.     The Court shall retain jurisdiction of this action for two years to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Permanent Injunction. The Parties consent to the personal jurisdiction of the United States District Court for the Central District of California for the purposes of enforcing the Judgment and Permanent Injunction.

9.     The Court finds there is no just reason for delay in entering this Judgment and Permanent Injunction and, pursuant to Federal Rule of Civil Procedure 54, the Court directs immediate entry of this Judgment and Permanent Injunction against Defendants.

IT IS SO ORDERED.

Dated: January 12, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE